IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN DAVID MCMURRER,
Petitioner,

v.

DAN SPROUL,
Respondent.

Case No. 21–CV–853–JPG

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Brian David McMurrer's action filed pursuant to 28 U.S.C. § 2241 is GRANTED, that judgment is entered in favor of Petitioner Brian David McMurrer and against Respondent Dan Sproul.

DATED: November 18, 2022

**MONICA A. STUMP, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**